IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PETER HOBSON,                      )
                                   ) Civil Action
            Plaintiff              ) No. 08-cv-05652
                                   )
      vs.                          )
                                   )
ST. LUKE'S HOSPITAL AND            )
HEALTH NETWORK,                    )
                                   )
            Defendant              )

                    *   *   *


                  O R D E R

      NOW, this 9th day of August, 2010, upon consideration of the following documents:

> (1) Defendant's Motion to Dismiss the Amended Complaint, or in the Alternative, for Summary Judgment, which motion was filed on November 6, 2009; together with:
>
>> Memorandum of Law in Support of the Defendant's Motion to Dismiss the Amended Complaint, or in the Alternative, for Summary Judgment, which memorandum was filed on November 6, 2009;
>
> (2) Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Amended Complaint, which memorandum was filed November 18, 2009; and
>
> (3) Defendant's Reply Brief filed January 12, 2010;

and for the reasons expressed in the accompanying Opinion,

      IT IS ORDERED that defendant's motion to dismiss plaintiff's Amended Complaint is granted.

IT IS FURTHER ORDERED that plaintiff's Amended Complaint is dismissed with prejudice.

IT IS FURTHER ORDERED that defendant's alternative motion for summary judgment is dismissed as moot.

IT IS FURTHER ORDERED that defendant's request for leave to file a motion seeking attorneys' fees and costs is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge